**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MAMADOU DIALLO, #196435250,** | ) | |
| **#A77-477-380,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **3:06-CV-2155-N** |
| | ) | **ECF** |
| **ALBERTO GONZALES, et al.,** | ) | |
| **Respondents.** | ) | |

<u>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**</u>

The United States Magistrate Judge made findings, conclusions and a recommendation in

this case.  No objections were filed.  The District Court reviewed the proposed findings,

conclusions and recommendation for plain error.  Finding none, the Court ACCEPTS the

Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SIGNED March 28, 2007.


DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE